IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 APR 20 AM 10: 55
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 20 1999

| | | |
|---|---|---|
| KAREN ALLISON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| INTERGRAPH CORPORATION, | ) | 97-C-1459-NE |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT AND CONCLUSION OF LAW
ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Based on the evidence adduced at the hearing on plaintiff's Motion for Attorneys' Fees, Expenses and Costs, the court supplements its Findings of Fact dictated into the record as follows.

1. Plaintiff's counsel Richard A. Meelheim has reasonably expended 164 hours in the prosecution of this case.

2. Plaintiff's counsel Cynthia Forman Wilkinson has reasonably expended 82 hours in the prosecution of this case.

3. An hourly rate of $275 is reasonable for Attorney Meelheim in this case, based on the factors enunciated in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), *Norman v. Housing Authority of City of Montgomery*, (11th Cir. 1988), and on specific consideration of his substantial experience at the bar, recognized expertise in Title VII employment law, and the contingency and delay in payment of his fees.

51

      4. An hourly rate of $175 is reasonable for Attorney Wilkinson in this case, based specifically on her substantial expertise in Title VII employment law, the contingency and delay in payment of her fees.

      5. Counsel for the plaintiff have reasonably incurred out-of-pocket expenses of $2,646.48 in the prosecution of this action.

      On the foregoing Findings of Fact, the court concludes that plaintiff's counsel are entitled to a total of $62,096.48 as reasonable attorneys' fees and reimbursement of expenses.

      By separate order, the appropriate judgment will be entered.

DONE this _____ day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON